COURT OF APPEALS OF VIRGINIA


Present:  Chief Judge Moon, Senior Judges Cole and Duff


FRESH FIELDS MARKETS, INC.
AND
ROYAL INSURANCE COMPANY OF AMERICA

v.   Record No. 1939-95-4                    MEMORANDUM OPINION[*]
                                                 PER CURIAM
VALERIE SMITH                                MARCH 19, 1996


                              FROM THE VIRGINIA WORKERS'
COMPENSATION COMMISSION

          (Benjamin J. Trichilo; Trichilo, Bancroft, McGavin,
          Horvath & Judkins, on briefs), for appellants.

          (Metin A. Cay; Swiger & Cay, on brief), for appellee.



     Fresh Fields Markets, Inc. and its insurer (hereinafter
collectively referred to as "employer") contend that the Workers'
Compensation Commission erred in finding that (1) Valerie Smith's
tendinitis and myofascial pain syndrome qualify as occupational
"diseases" under the Workers' Compensation Act ("the Act"); and
(2) Smith made a reasonable effort to market her residual work
capacity.

     This appeal is controlled by the Supreme Court's decision in
Stenrich Group v. Jemmott, ___ Va. ___, ___, ___ S.E.2d ___, ___
(1996) (holding that "job-related impairments resulting from
cumulative trauma caused by repetitive motion, however labeled or
however defined, are, as a matter of law, not compensable under
the present provisions of the Act").  Because Stenrich is
_____

          [*]Pursuant to Code § 17-116.010 this opinion is not
designated for publication.

dispositive of this appeal, we need not address employer's second question presented.

Accordingly, we reverse the commission's decision.

<u>Reversed.</u>